## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    NO. 3-CR-21– (43

     v.                   :

                          :    (      J.) - J. Mannion

JEREMY EDWARD JOHNSON, and   :
SUSAN MELISSA NICKAS
               Defendants.     :

**FILED**
**SCRANTON**

MAY 1 8 2021

PER_____
DEPUTY CLERK

### INDICTMENT

## THE GRAND JURY CHARGES:

### COUNT ONE
### 21 U.S.C. § 846
### Conspiracy to Distribute Controlled Substances
### Resulting in Death

From in or about January 2020 through March 2021, within the Middle District of Pennsylvania and elsewhere, the defendants,

**JEREMY EDWARD JOHNSON**
**and**
**SUSAN MELISSA NICKAS,**

did combine, conspire, and agree with each other and other persons known and unknown to the Grand Jury, to commit an offense against the United States, namely to knowingly, intentionally and unlawfully distribute, and possess with intent to distribute controlled substances,

1

that is, heroin, a Schedule I Controlled Substance, and fentanyl, a Schedule II Controlled Substance, and death and serious bodily injury of a person known to the grand jury resulted from the use of such substances.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT TWO**
**21 U.S.C. § 841(a)(1)**
**Distribution of a Controlled Substance Resulting in Death**

On or about December 10, 2020, within the Middle District of Pennsylvania and elsewhere, the defendants,

**JEREMY EDWARD JOHNSON**
**and**
**SUSAN MELISSA NICKAS,**

aiding and abetting each other, did knowingly, intentionally and unlawfully possess with intent to distribute and did distribute heroin, a Schedule I Controlled Substance, and fentanyl, a Schedule II Controlled Substance, and death and serious bodily injury of a person known to the grand jury resulted from the use of such substances.

2

All in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL

5-18-21

DATE

GRAND JURY FOREPERSON

BRUCE D. BRANDLER
ACTING U.S. ATTORNEY

May 18, 2021

DATE

BY: _Michelle Olshefski_

MICHELLE OLSHEFSKI
ASSISTANT U.S. ATTORNEY

3